1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant ADKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 03-40023 DLJ |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION FOR CONTINUANCE AND ORDER |
| v. | ) ) | |
| RASHEED ADKINS, | ) ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS ON REVOCATION HEARING date of October 2, 2009, scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset on October 23, 2009 at 9:00 a.m.

Mr. Adkins has not yet appeared before the district court on the supervised release petition. The defense has requested this continuance to allow Mr. Adkins to work, and to begin counseling, electronic monitoring, and community service. The government does not object to the requested continuance. No exclusion of time is necessary, given that this is a violation of supervised release

*United States v. Adkins*, CR 03-40023  DLJ
STIPULATION AND [PROPOSED] ORDER         - 1 -

1  action.

2  The Probation Office is agreeable to the date of October 23, 2009.

3

4

5  DATED: September 27, 2009                    /S/
   DEBORAH DOUGLAS
6  Assistant United States Attorney

7

8  DATED: September 25, 2009                    /S/
   COLLEEN MARTIN
9  Assistant Federal Public Defender
   Counsel for Rasheed Adkins

10

11                    SIGNATURE ATTESTATION

12  I hereby attest that I have on file all holograph signatures for any signatures indicated by

13  a "conformed" signature (/S/) within this e-filed document.

14

15

16                              **ORDER**

17  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in

18  this case, currently scheduled for October 2, 2009, at 9:00 a.m. is continued to October 23, 2009 at

19

20  9:00 a.m. for status.

21  SO ORDERED.

22  DATED:   October 1, 2009

23                              HONORABLE D. LOWELL JENSEN
                                United States District Judge

24

25

26

*United States v. Adkins*, CR 03-40023 DLJ
STIPULATION AND [PROPOSED] ORDER          - 2 -