| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | COLLEEN MARTIN |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
|   | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
|   | Telephone: (510) 637-3500 |

Counsel for Defendant RASHEED ADKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 03-40023 DLJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION; ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| RASHEED ADKINS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Rasheed Adkins is charged with violating the terms of his supervised release. The matter is set for a status conference on October 1, 2010, at 9:00 a.m. The parties jointly request that the matter be continued to October 15, 2010, at 9:00 a.m. for an admission to the violation and sentencing. The continuance is requested to provide the defense with additional time.

U.S. Probation Officer Alexandre Bonneville has no objection to the requested continuance. The Speedy Trial Act is not implicated because this is a supervised release matter.

DATED: September 28, 2010                               /S/
                                                                            JOHN COOKE
                                                                            Special Assistant United States Attorney

U.S. v Adkins, CR 03-40023 DLJ
STIPULATION and [PROPOSED ORDER]          1

1  DATED:       September 28, 2010                    /S/
                                                COLLEEN MARTIN
2                                               Assistant Federal Public Defender

3
                           SIGNATURE ATTESTATION
4
    I hereby attest that I have on file all holograph signatures for any signatures indicated by
5
a "conformed" signature (/S/) within this e-filed document.
6

7

8
                                      **ORDER**
9
    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference
10
date in this case, currently scheduled for October 1, 2010 at 9:00 a.m., is continued to October
11
15, 2010, at 9:00 a.m. for admission and sentencing on a supervised release violation.
12
    SO ORDERED.
13
DATED: September 30, 2010                       _____
14                                              D. LOWELL JENSEN
                                                United States District Judge
15

U.S. v Adkins, CR 03-40023 DLJ
STIPULATION and [PROPOSED ORDER]        2